IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE M. ARCHEVAL, SR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL WENEROWICZ | : | NO. 15-6125 |

FILED
JAN 14 2016
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

**ORDER**

AND NOW, this 13 day of January, 2016, upon consideration of plaintiff's amended complaint (Document No. 8), it is ORDERED that:

1. The amended complaint is DISMISSED with prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons discussed in the Court's memorandum.

2. The Clerk of Court shall CLOSE this case.

BY THE COURT:

/s/ Eduardo C. Robreno
EDUARDO C. ROBRENO, J.